*Messrs. Frederic D. McKenney, Henry Wolfe Biklé, Frank J. Loesch,* and *Edward M. Burke* for petitioner. *Mr. Abraham R. Miller* for respondent.

No. 377. WHITFIELD *v.* OHIO. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Messrs. Wm. Logan Martin* and *Thomas E. Knight, Jr.,* for petitioner. *Messrs. John W. Bricker, William S. Evatt, Harry B. Hawes, Raymond A. Walsh,* and *Bon Geaslin* for respondent.

No. 379. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SAN JOAQUIN FRUIT & INVESTMENT Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Geo. W. Naus, J. Robert Sherrod,* and *Joseph D. Peeler* for respondent.

No. 399. SOUTHERN RY. Co. *v.* LUNSFORD, ADMINISTRATRIX. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of Georgia granted. *Messrs. Sidney S. Alderman, S. R. Prince, G. E. Maddox,* and *H. O'B. Cooper* for petitioner. *Mr. Reuben R. Arnold* for respondent.

No. 401. UNITED STATES *v.* BUTLER ET AL., RECEIVERS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for the United States. *Messrs.*

562

*Edward R. Hale* and *Bennett Sanderson* for respondents.

Nos. 403 and 404. ASHWANDER ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Forney Johnston* for petitioners. *Solicitor General Reed* and *Messrs. James Lawrence Fly, John Lord O'Brian, Noel T. Dowling,* and *Paul A. Freund* for respondents.

No. 46. UNITED STATES *v.* KESTERSON ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Reed* for the United States. *Mr. Frank Hickman* for respondents.

No. 174. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MINNESOTA TEA Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Oscar Mitchell, James G. Nye, Homer Hendricks, Robert N. Miller,* and *C. J. McGuire* for respondent.

Nos. 175 and 176. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PETERSON. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Oscar Mitchell, James G. Nye, Homer Hendricks, Robert N. Miller,* and *C. J. McGuire* for respondent.